Certificate Number: 14912-CAC-DE-039052086

Bankruptcy Case Number: 24-19024



14912-CAC-DE-039052086

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 10, 2024, at 6:34 o'clock PM EST, Michael Dallatorre completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   November 10, 2024         By:    /s/Jai Bhatt

                                  Name:  Jai Bhatt

                                  Title: Counselor